**Megan Beierle, Esq. (State Bar Number 261540)**
megan.beierle@rwclegal.com
**Dess Richardson, Esq. (State Bar Number 269540)**
**RUZICKA, WALLACE & COUGHLIN, LLP**
16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 759-1080
Facsimile: (949) 759-6813

Attorneys for Plaintiff, **MORGAN PICKS TWO, LLC**

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MORGAN PICKS TWO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MANUEL RUIZ; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-05907-GW-JPR <br><br> State Case No.: 17U04377 <br><br> REMAND ORDER <br><br> JUDICIAL OFFICER: GEORGE H. WU |

MORGAN PICKS TWO, LLC ("Plaintiff") and MANUEL RUIZ ("Defendant") having stipulated to a remand of this matter back to the state court from which it originated, as set forth in the Stipulation to Remand Case to State Court, and good cause having been found,

IT IS HEREBY ORDERED THAT this case is remanded to the State Court from which it originated (Superior Court of California Los Angeles County, 17U04377).

Dated: August 25, 2017

_____
UNITED STATES DISTRICT JUDGE